**I. B. TUCKER and B. H. Griffin, Trustees, Appellants, v. LENOIR OIL & ICE COMPANY and Others, Holders of Bonds Secured under First Deed of Trust and Known as Series A and B First Mortgage Bonds, Appellees.**

No. 4123.

Circuit Court of Appeals, Fourth Circuit.

Jan. 4, 1937.

L. I. Moore, of New Bern, N. C., and John G. Dawson, of Kinston, N. C., for appellants.

Guy Elliott and Geo. B. Greene, both of Kinston, N. C., and L. R. Varser, of Lumberton, N. C., for appellees.

PER CURIAM.
Dismissed per stipulation of counsel.